# Third District Court of Appeal

## State of Florida

Opinion filed March 8, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0932
Lower Tribunal No. F01-37444B
_____

**Carlton Paul Bacon,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Carlton Paul Bacon, in proper person.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.

Before LOGUE, MILLER and BOKOR, JJ.

PER CURIAM.

On February 7, 2014, the circuit court entered an order directing the clerk not to accept any pleading from Carlton Paul Bacon absent the signature of an attorney licensed to practice law in the State of Florida. This court per curiam affirmed Bacon's appeal of the February 7, 2014 order. <u>Bacon v. State</u>, 147 So. 3d 999 (Fla. 3d DCA 2014).

On May 4, 2022, Bacon filed a "motion to define and/or clarify sentence" in the circuit court. The order on appeal summarily denies Bacon's motion because the motion contains no signature of a licensed attorney. Accordingly, we affirm the order summarily denying the relief requested.

Affirmed.